

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDERICK D. KYLE | DOCKET NO. 06-CV-0843; SEC. "P" |
| VERSUS | JUDGE DRELL |
| UNITED STATES BUREAU OF PRISONS | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby DISMISSED, *sua sponte*, WITH PREJUDICE under 28 U.S.C. §1915(e)(2)(B)(i) and (ii) as frivolous and failing to state a claim for which relief can be granted. THE DISMISSAL IS WITHOUT PREJUDICE TO THE FILING OF A PROPERLY RIPENED SUIT UNDER THE FEDERAL TORT CLAIMS ACT.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of November, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE