From:
Mr. Frederick Douglass Kyles - 34028-118
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

To: Clerk, United States District Court
Western District of Louisiana
U.S. Courthouse
300 Fannin St., Suit 1167
Shreveport, Louisiana

CV06-0843-A

RECEIVED
JAN 14 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY _____

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA
JAN 17 2008
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Legal Mail
1/4/08

ORDER

The "Notice of Intent" is accepted for filing, but petitioner is informed that this "notice" does not constitute any kind of re-opening of his dismissed suit. Once exhaustion has occurred on his FTCA claim he may refile his claim in a new suit.

ALEXANDRIA, LA, JAN 17, 2008

_____ District Judge